AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Escobedo-Rosario<br><br>*Defendant(s)* | Case No.  5:25-mj-1177-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 3, 2022__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry by a Previously Deported Alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Mark Annotti, ICE
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 08/28/2025

_____
*Judge's signature*

City and state: Ocala, Florida

U.S. Magistrate Judge Philip R. Lammens
*Printed name and title*

STATE OF FLORIDA					CASE NO. 5:25-mj-1177-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 22 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On or about September 3, 2022, the Ocoee Police Department (PD) arrested **Jose Luis ESCOBEDO-ROSARIO** and booked him into the Orange County Jail (OCJ) based on state criminal charges of driving while under the influence of drugs or alcohol under case number 48-2022-CT-1471 in Orange County Court. Following his arrest, the OCJ booking system automatically forwarded **ESCOBEDO-ROSARIO's** information to the Alien Criminal Response Information Management System (ACRIMe) national database.

4. On or about September 4, 2022, DO Nelson Figueroa identified **ESCOBEDO-ROSARIO's** information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. DO Figueroa attempted to file an ICE immigration detainer on **ESCOBEDO-ROSARIO** with OCJ but learned that **ESCOBEDO-ROSARIO** had already been released on bond.

5. On August 27, 2025, the Florida Highway Patrol (FHP), while conducting a traffic stop in Marion County, Florida, encountered **ESCOBEDO-ROSARIO** as the passenger of the vehicle. **ESCOBEDO-ROSARIO** voluntarily provided his Guatemalan passport and consulate identification card for identification. With assistance from ICE/ERO Supervisory Detention & Deportation Officer (SDDO) Marshall Vliet, FHP

verified **ESCOBEDO-ROSARIO**'s identity and determined that he likely was in the United States illegally. FHP took **ESCOBEDO-ROSARIO** into custody and transported him to the Marion County Jail (MCJ). SDDO Vliet filed an ICE immigration detainer on **ESCOBEDO-ROSARIO** with the MCJ and forwarded **ESCOBEDO-ROSARIO**'s case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

6. On August 27, 2025, I contacted the MCJ and received **ESCOBEDO-ROSARIO**'s fingerprints relating to his booking on this same day. On August 27, 2025, I submitted this set of fingerprints to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match **ESCOBEDO-ROSARIO** and his unique FBI number.

7. A review of various databases and ICE records disclosed that **ESCOBEDO-ROSARIO** has an Alien File Number (A xxx xxx 572). He was born in 1986, in El Asintal, Retalhuleu, Guatemala. He is a citizen of Guatemala and not a citizen of the United States. On or about November 29, 2005, **ESCOBEDO-ROSARIO** was administratively ordered deported/removed from the United States to Guatemala. **ESCOBEDO-ROSARIO** was physically removed from the United States to Guatemala on two occasions, specifically on or about April 4, 2008, and September 17, 2010.

8. **ESCOBEDO-ROSARIO** did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security for the United States to reapply for admission to the United States.

9. Based on the foregoing, there is probable cause to believe that on September 3, 2022, **ESCOBEDO-ROSARIO** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this  28  day of August 2025.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge